**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Julian J. Pardini, Esq.  SB# 133878
    Email: pardini@lbbslaw.com
Stephen J. Liberatore, Esq.  SB# 129772
    Email: liberatore@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California  94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
DEPOSITORS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AMANDA HAT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPOSITORS INSURANCE COMPANY, and DOES 1-100,<br><br>　　　　　Defendants. | Case No. 2:07-CV-00745-RRB-GGH<br><br>**STIPULATION AND [PROPOSED] ORDER re: DISMISSAL** |

## STIPULATION

1.　WHEREAS Plaintiff Amanda Hat and Defendant Depositors Insurance Company (collectively, "the Parties") notified the Court on October 1, 2010, that they had reached a settlement in the above-captioned action; and

2.　WHEREAS the Parties have now executed a settlement agreement and settlement monies have been paid:

/ / /

/ / /

/ / /

/ / /

/ / /

1  The Parties, by and through their respective counsel of record, hereby stipulate and agree
2  that the Court may now enter an order that the above-captioned action is hereby dismissed with
3  prejudice.

4  Respectfully submitted,

5  Dated: October 26, 2010     LAW OFFICES OF MICHAEL J. DYER

7  By  /s/ Michael J. Dyer
     Michael J. Dyer
8    Attorney for Plaintiff Amanda Hat

11 Dated: October 25, 2010    LEWIS BRISBOIS BISGAARD & SMITH LLP

13 By  /s/ Stephen J. Liberatore
     Julian J. Pardini
14   Stephen J. Liberatore
     Attorneys for Defendant
15   Depositors Insurance Company

18 **ORDER**

19 Having read the above stipulation of the Parties, submitted by and through their respective
20 counsel of record, and finding good cause therefor,
21 **THE COURT HEREBY ORDERS AND DECREES** that the above-captioned action be,
22 and hereby is, **DISMISSED WITH PREJUDICE.**

24 It is so ordered.

26 Dated: October 27, 2010    /s/ RRB
                              Ralph R. Beistline
27                            United States District Judge